**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:__9/2/2025__ |

ALEX REIFF,

                    Plaintiff,          **25-CV-6351 (VM)**

          - against -                   **ORDER**

CYBERRISK ALLIANCE, LLC,

                    Defendant.

**VICTOR MARRERO, United States District Judge.**

    Per request of the parties, the hearing scheduled for October 10, 2025, is hereby adjourned to October 24, 2025, at 3:00 p.m.

**SO ORDERED.**

Dated:    2 September 2025
          New York, New York

          _____
               Victor Marrero
               U.S.D.J.