```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEX REIFF,

                Plaintiff,

    - against -

CYBERRISK ALLIANCE, LLC,

                Defendant.

**25 CV 6351 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the September 12, 2025, letter informing the Court that Defendant CyberRisk Alliance, LLC ("Defendant") has completed the pre-motion letter exchange with Plaintiff regarding Defendant's anticipated motion to dismiss Plaintiff's claims and has failed to resolve the issue without resorting to motion practice.

    Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether the parties request supplemental briefing.

    If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:     15 September 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.