USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/17/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALEX REIFF,

                    Plaintiff,

        - against -

CYBERRISK ALLIANCE, LLC,

                    Defendant.

**25 CV 6351 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the January 15, 2026, letter informing the Court that defendant CyberRisk Alliance, LLC requests a pre-motion conference on its motion for leave to amend its Answer (see Dkt. No. 34) and plaintiff Alex Reiff's reply (see Dkt. No. 35).

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent to the Court deeming the pre-motion letters as a fully briefed motion for leave to amend the Answer and rule on the basis of those letters, or whether the parties request supplemental briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

1

Dated:    17 February 2026
        New York, New York

                                  Victor Marrero
                                    U.S.D.J.